IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

CYNTHIA HUFFMAN,

    Plaintiff,

    v.

HOWDENS MILLWORK CO.,

    Defendant.

CIVIL ACTION FILE
NO. 1:05-CV-1530-TWT

OPINION AND ORDER

This is a pro se employment discrimination action. It is before the Court on the Report and Recommendation [Doc. 8] of the Magistrate Judge recommending granting the Defendant's Motion to Dismiss for Plaintiff's Failure to Comply with Local Rule 83.1(D)(3) [Doc. 6]. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED without prejudice.

SO ORDERED, this 15 day of February, 2006.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\05\Huffman\r&r.wpd